IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| **WATERBRIDGE TEXAS OPERATING LLC and WATERBRIDGE HOLDINGS LLC,** | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:23-cv-00035 |
| **PETRO GUARDIAN LLC,** | § § § | |
| *Defendant.* | § § | |

### DEFENDANT PETRO GUARDIAN, LLC'S NOTICE OF REMOVAL

TO THE HONORABLE COURT:

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant PetroGuardian LLC ("Defendant") files this Notice of Removal from Cause No. 23-08-24894-CVR pending in the 143rd Judicial District Court of Reeves County, Texas to the United States District Court for the Western District of Texas, Pecos Division on the basis of diversity of citizenship and amount in controversy and respectfully shows:

### I.
### PROCEDURAL BACKGROUND

1.1   This lawsuit arises from lightning strike/fire damage to Plaintiffs' property located at 31°21'30.2"N/103°39'41.8"W in Reeves County, Texas. On August 11, 2023, Plaintiffs WaterBridge Texas Operating LLC and WaterBridge Holdings LLC ("Plaintiffs") filed their Original Petition in the matter styled *WaterBridge Texas Operating LLC and WaterBridge Holdings LLC v. PetroGuardian LLC d/b/a Lythix*, Cause No. 23-08-24894-CVR pending in the 143rd Judicial District Court of Reeves County, Texas. In their Original Petition, Plaintiffs allege that "[t]his loss arises from a lightning strike to infrastructure-related water management

property to the Plaintiffs' Zenyatta SWD Facility located at and around 31º21'30.2"N/103º39'41.8"W near Pecos, Texas ("Facility")." *See* Plaintiffs' Original Petition at ¶ 7.

    1.2    Plaintiffs claim Petro Guardian breached its duty to Plaintiffs by:

        a.    Failing to adequately, properly and/or reasonably design their lightning prevention system;

        b.    Failing to adequately, properly and/or reasonably construct lightning prevention system;

        c.    Failing to adequately, properly and/or reasonably install their lightning prevention system;

        d.    Failing to adequately, properly and/or reasonably monitor their lightning prevention system;

        e.    Failing to adequately, properly and/or reasonably manufacture their lightning prevention system;

        f.    Failing to design, construct, install, monitor, and/or manufacture their lightning prevention system and/or its parts and/or components in a good and workmanlike manner;

        g.    Failing to follow industry standards in the design, construction, installation, monitoring and/or manufacturing of their lightning prevention system and/or its parts and/or components;

        h.    Failing to provide, establish and/or follow proper and adequate controls and/or procedures as to ensure the compliance with code requirements for lightning prevention systems; and

        i.    Otherwise failing to use due care under the circumstances, including but not limited to committing various other acts of negligence to be specified at the time of trial.

*See* Plaintiffs' Original Petition at ¶ 15.

    1.3    Petro Guardian was served with the citation and Plaintiffs' Original Petition on August 22, 2023. Defendant Petro Guardian files this Notice of Removal within the thirty-day time period as required by 28 U. S. C. §1446(b).

1.4   All pleadings, process, orders, and other filings in the state court action are attached to this Notice as required by 28 U.S.C. § 1446(a). A copy of this Notice is also concurrently being filed with the state court and served upon Plaintiffs.

1.5   As required by 28 U.S.C. § 1446(a), attached hereto as Exhibit "3" is the Index of State Court Documents. A copy of the Reeves County District Clerk's docket for this case is attached as Exhibit "4," which includes true and correct copies of all executed process, pleadings, and orders.

## II.
## BASIS FOR REMOVAL

2.1   Removal is proper based upon diversity of citizenship between the parties under 28 U.S.C. §§ 1332(a)(1), 1441(a), and 1446.

### A.   THE PARTIES ARE OF DIVERSE CITIZENSHIP

2.2   Upon information and belief, and as plead in their Original Petition, both Plaintiffs are and were at the time the lawsuit was filed limited liability companies doing business in the State of Texas. *See* Plaintiffs' Original Petition at ¶ 3. Based on Plaintiffs' allegations, Plaintiffs are citizens of Texas for diversity purposes.

2.3   Defendant Petro Guardian is a Louisiana limited liability company with its principal place of business in Louisiana and is a citizen of the State of Louisiana for diversity purposes. Accordingly, Petro Guardian is of diverse citizenship to Plaintiffs.

### B.   THE AMOUNT IN CONTROVERSY EXCEEDS THE JURISDICTIONAL REQUIREMENTS FOR SUBJECT MATTER JURISDICTION.

2.4   The amount in controversy requirement for Federal diversity jurisdiction is clearly satisfied in this case as evidenced by Plaintiffs' live Petition in which Plaintiffs expressly state that ". . . this is a claim for monetary relief over $1,000,000 . . ." *See* Plaintiffs' Original Petition

at ¶ 2. This amount clearly exceeds the jurisdictional requirements for subject matter jurisdiction and demonstrates that the amount in controversy requirement is satisfied.

## III.
## THE REMOVAL IS PROCEDURALLY CORRECT

3.1    Defendant Petro Guardian was served with Plaintiffs' Original Petition on August 22, 2023. Defendant Petro Guardian files this notice of removal within the 30-day time period required by 28 U.S.C. § 1446(b).

3.2    Venue is proper in this District and Division under 28 U.S.C. § 1446(a) because this District and Division include the county in which the state action has been pending and because a substantial part of the events giving rise to Plaintiffs' claims allegedly occurred in this District and Division.

3.3    Pursuant to 28 U.S.C. § 1446(a), all pleadings, process, orders, and all other filings in the state court action are attached to this Notice.

3.4    Pursuant to 28 U.S.C. § 1446(d), promptly after Defendant files this Notice, written notice of the filing will be given to Plaintiffs, the adverse parties.

3.5    Pursuant to 28 U.S.C. §1 446(d), a true and correct copy of this Notice of Removal will be filed with the Clerk of the Reeves County District Court, promptly after Defendant files this Notice.

## IV.
## DOCUMENTS AND EXHIBITS ACCOMPANYING REMOVAL

4.1    All pleadings, process, orders, and other filings in the state court action are attached to this Notice as required by 28 U.S.C. § 1446(a):

4.2    Attached hereto as Exhibit "1" is a copy of the Civil Cover Sheet.

4.3    Attached hereto as Exhibit "2" is a copy of the Supplemental Cover Sheet.

4.4    Attached hereto as Exhibit "3" is a copy of the Index of State Court Documents.

4.5     Attached hereto as Exhibit "4" is a copy of the State Court docket sheet.

4.6     Attached hereto as Exhibit "4-1" is a file-marked copy of Plaintiffs' Original Petition dated August 11, 2023.

4.7     Attached hereto as Exhibit "4-2" is the Return of Service for Plaintiffs' Original Petition served August 22, 2023.

4.11    Attached hereto as Exhibit "5" is the Affidavit of Stephen D. Morris attesting that no member of Petro Guardian, LLC is a resident of the State of Texas.

4.12    Attached hereto as Exhibit "6" is a copy of the Notice to State Court of Removal to be filed in the State Court Action.

## V.
## CONCLUSION

5.1     Based upon the foregoing, and other documents filed contemporaneously with this Notice of Removal and fully incorporated herein by reference, Defendant Petro Guardian hereby removes this case to this Court for trial and determination.

Respectfully submitted,

By:  /s/ Daniel Buechler
Daniel Buechler
State Bar No. 24047756
dbuechler@thompsoncoe.com
214-871-8262
Stephen Cord
State Bar No. 24105741
scord@thompsoncoe.com
214-292-3898

THOMPSON, COE, COUSINS & IRONS, L.L.P.
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Fax: 214-871-8209

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify a true and correct copy of this document was served on the following counsel of record in accordance with the Federal Rules of Procedure on the 15th day of September, 2023:

M. Matt Jett
Samuel J. Dolan
Hall Maines Lugrin, P.C.
2800 Post Oak Blvd., Suite 6400
Houston, Texas 77056
*Attorneys for Plaintiffs*

*/s/ Daniel Buechler*
Daniel Buechler